IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01987-WDM-CBS

VICKI R. DILLARD-CROWE,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC,
DIANE BAILEY IN HER PERSONAL CAPACITY AND OFFICIAL CAPACITY AS
DOUGLAS COUNTY PUBLIC TRUSTEE,

    Defendants,

and

Civil Action No. 07-cv-02293-WDM-CBS

VICKI R. DILLARD-CROWE,

    Plaintiff,

v.

JUDGE WILLIAM B. SYLVESTER, CHIEF JUDGE OF THE 18TH JUDICIAL DISTRICT
(IN HIS PERSONAL CAPACITY),
JUDGE SUSANNA MEISSNER-CUTLER, OF THE DOUGLAS COUNTY COURT (IN
HER PERSONAL CAPACITY),
AURORA LOAN SERVICES,
SUSAN KENDRICKS, and
THE LAW FIRM OF ORONOWITZ AND FORD, LLC,

    Defendants.

## ORDER OF CONSOLIDATION

Miller, J.

    This matter is before the court on the Motion to Consolidate (doc no 14) filed by

Defendant Aurora Loan Services, LLC in Case No. 07-cv-01987-WDM-CBS. Defendant Douglas County Public Trustee opposes the motion. Plaintiff has not responded and her position on this issue is unknown.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, cases may be consolidated when they involve common questions of law or fact. These cases both involve as an underlying issue state foreclosure proceedings on real property previously owned by Plaintiff. In Case No. 07-cv-1987, Plaintiff asserts several causes of action seeking to invalidate or reverse the foreclosure. Case No. 07-cv-02293 concerns subsequent eviction proceedings, which Plaintiff essentially defends on the grounds that the foreclosure is invalid. Although the claims and some defendants are different, I conclude that there is a significant overlap of legal and factual issues and that the interests of justice will be served by consolidating these cases. Douglas County Public Trustee's objection on the grounds that consolidation will be inconvenient is overruled.

Accordingly, it is ordered:

1. Civil Action Nos. 07-cv-01987-WDM-CBS and 07-cv-02293-WDM-CBS are hereby consolidated for all purposes into Civil Action No. 07-cv-01987-WDM-CBS and future filings shall bear that singular caption number.

DATED at Denver, Colorado, on December 6, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge