IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01987-WDM-CBS

VICKI R. DILLARD-CROWE,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC,
DIANE BAILEY IN HER PERSONAL CAPACITY AND OFFICIAL CAPACITY AS
DOUGLAS COUNTY PUBLIC TRUSTEE,

    Defendants,

and

Civil Action No. 07-cv-02293-WDM-CBS

VICKI R. DILLARD-CROWE,

    Plaintiff,

v.

JUDGE WILLIAM B. SYLVESTER, CHIEF JUDGE OF THE 18TH JUDICIAL DISTRICT
(IN HIS PERSONAL CAPACITY),
JUDGE SUSANNA MEISSNER-CUTLER, OF THE DOUGLAS COUNTY COURT (IN
HER PERSONAL CAPACITY),
AURORA LOAN SERVICES,
SUSAN KENDRICKS, and
THE LAW FIRM OF ORONOWITZ AND FORD, LLC,

    Defendants.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

    This matter is before the court on the recommendation (doc no 43) of Magistrate

Judge Craig B. Shaffer, filed July 8, 2008. Magistrate Judge Shaffer recommends that the motions to dismiss filed by the defendants (doc no 30 in Civil Action No. 07-cv-01987 and docs no 17, 22 and 28 in Civil Action No. 07-cv-02293) be granted and the complaints in these consolidated cases be dismissed on a variety of grounds. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). For the reasons set forth below, the recommendation will be accepted.

These cases arise out of a completed foreclosure on real property located at 1321 Colt Circle, Castle Rock, Colorado (the "Property"), formerly owned by Plaintiff. Plaintiff filed a complaint in Civil Action No. 07-cv-01987 against Defendants Aurora Loan Services ("ALS"), the holder of the promissory note for the mortgage on the property, and Diane Bailey, the Douglas County Public Trustee, asserting a variety of claims challenging the foreclosure. After ALS obtained title to the Property via the foreclosure sale, ALS initiated an unlawful detainer action ("FED") in state court. Plaintiff then filed her complaint in Civil Action No. 07-cv-02293, asserting claims against Defendants Judge William B. Sylvester, Judge Susanna Meissner-Cutler, Aurora Loan Services, and Susan Kendrick and the Law Firm of Aronowitz & Ford, the attorneys who initiated the FED action on behalf of ALS. The claims in Civil Action No. 07-cv-02293 involve alleged irregularities in the FED proceedings, including the failure to revisit the alleged deficiencies in the foreclosure process and sale.

Magistrate Judge Shaffer has set forth the facts of these disputes in detail in the recommendation and I adopt his statement of the background. He recommends that Plaintiff's claims be dismissed for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine because she essentially seeks to invalidate the state court judgments in the

2

completed foreclosure and sale of the Property and the granting of the FED action. Magistrate Judge Shaffer further recommends that all claims against Judge Sylvester and Judge Meissner-Cutler be dismissed with prejudice based on judicial immunity. In addition, he recommends dismissal of Plaintiff's conspiracy claim in Civil Action No. 07-cv-02293 for failure to state a claim and recommends denial of Plaintiff's Motion for Leave to Amend Complaint (doc no 23) because the new claims would be futile. I agree with Magistrate Judge Shaffer's analysis and will accept the recommendation in its entirety.

Accordingly, it is ordered:

1. The recommendation (doc no 43) of Magistrate Judge Shaffer is accepted.

2. Defendant Diane Bailey's Motion to Dismiss (doc no 6 in Civil Action No. 07-cv-01987) is denied as moot. Defendant Diane Bailey's Motion to Dismiss (doc no 30 in Civil Action No. 07-cv-01987) is granted.

3. The Motion to Dismiss (doc no 17 in Civil Action No. 07-cv-02293) filed by Defendants Susan Hendrick and the Law Firm of Aronowitz & Ford is granted.

4. The Motion to Dismiss (doc no 22 in Civil Action No. 07-cv-02293) filed by Defendants Judge Sylvester and Judge Meissner-Cutler is granted.

5. The Motion to Dismiss (doc no 28 in Civil Action No. 07-cv-02293) filed by Aurora Loan Services, LLC is granted.

6. Plaintiff's Motion for Leave to Amend Complaint (doc no 23 in Civil Action No. 07-cv-01987) is denied.

7. Defendants Sylvester and Meissner-Cutler are dismissed with prejudice from this lawsuit.

8. Plaintiff's claims of conspiracy are dismissed for failure to state a claim upon which relief can be granted.

9. These consolidated cases are dismissed without prejudice for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine.

10. Defendants may have their costs.

DATED at Denver, Colorado, on August 5, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge